Exhibit 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-420-488

**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title

**Title of Work:** JP2120_Le Coq

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** November 05, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

---

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091217

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**VA 2-420-799**

**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 05, 2024

---

## Title

**Title of Work:** Bird And Blooms A

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** May 13, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091202

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-421-507**

**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 08, 2024

---

## Title

**Title of Work:** Bird and Blooms B

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** May 13, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091203

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-420-641

**Effective Date of Registration:**
September 12, 2024

**Registration Decision Date:**
November 04, 2024

---

## Title

**Title of Work:** JP3515-home Movie

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** October 08, 2015
**Nation of 1st Publication:** United States

## Author

● **Author:** Jean Ann Plout
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091227

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-420-669**

**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title

**Title of Work:** JP3516-home Movie

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** October 08, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

---

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091228

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-420-473

**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title

**Title of Work:** JP3612-movie Night

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** January 28, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

---

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091230



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-421-413**

**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 07, 2024

---

## Title

**Title of Work:** Wilderness Lodge-o

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** October 04, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
- **Author Created:** 2-D artwork
- **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091238



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-421-444**

**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 08, 2024

---

## Title

**Title of Work:** Chevron-star fish-7914

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** June 06, 2016
**Nation of 1st Publication:** United States

## Author

**Author:** Jean Ann Plout
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091208

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-420-673

**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title

**Title of Work:** JP3436-Dragonfly Bliss

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** September 20, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091224

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-420-668

**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title

**Title of Work:** JP3448-Botanical Beauties

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** September 20, 2015
**Nation of 1st Publication:** United States

## Author

**Author:** Jean Ann Plout
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091225

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-420-665

**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title

**Title of Work:** JP2153_Bleu Papillon-A

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** November 07, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

---

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091218

Page 1 of 2



*Bleu papillon A*

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-421-571

**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 08, 2024

---

## Title
              **Title of Work:**  Vintage Red Truck Christmas-A

## Completion/Publication
        **Year of Completion:**  2017
     **Date of 1st Publication:**  December 05, 2017
    **Nation of 1st Publication:**  United States

## Author
                **Author:**  Jean Ann Plout
        **Author Created:**  2-D artwork
            **Citizen of:**  United States

## Copyright Claimant
     **Copyright Claimant:**  Jean Ann Plout
                      N5859 County Road T, Princeton, WI, 54968, United States

---

## Rights and Permissions
     **Organization Name:**  Art Licensing International, Inc.
              **Address:**  P.O. Box 2568
                      Manchester Centre, VT 05255 United States

## Certification
                 **Name:**  David Denholm
                  **Date:**  September 12, 2024
   **Applicant's Tracking Number:**  JP2024091235

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-420-658

**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title

**Title of Work:** Jp3488-Garage Special

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** September 28, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
 **Author Created:** 2-D artwork
 **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091226

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-420-490

**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title

**Title of Work:** JP3601-Hot Apple Cider

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** October 28, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091229

Page 1 of 2

